UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOELYN DAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-0595 |
| ) | Judge Echols |
| SUMNER REGIONAL HEALTH ) | |
| SYSTEMS, INC., d/b/a SUMNER ) | |
| REGIONAL MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, Defendant Sumner Regional Health Systems, Inc.'s "Motion to Dismiss" (Docket Entry No. 8) is hereby DENIED. This matter shall be returned to the Magistrate Judge for further pretrial management in accordance with Local Rule 16.01.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE